# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 327 EAL 2014

                Respondent

            : Petition for Allowance of Appeal from the

            : Order of the Superior Court

         v.

KEYI HILLIAN,

                Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.